ARLENE TROLMAN et al., Plaintiffs, v. GENERAL BAG CORPORATION, Defendant and Third-Party Plaintiff-Appellant. MURL L. SMITH, Third-Party Defendant-Respondent.—

opinion. Beldock, P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.